UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAK TREE PROPERTY GROUP,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SHAVON BUTLER,<br><br>　　　　Defendant. | Case No. 25-cv-03528-KAW<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED, to the Honorable Judge Susan Illston for consideration of whether the case is related to 25-cv-3344-SI, *Oak Tree Property Group v. Butler*.

　　　　**IT IS SO ORDERED.**

Dated: April 23, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge