UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAK TREE PROPERTY GROUP,<br><br>  Plaintiff,<br><br>  v.<br><br>SHAVON BUTLER,<br><br>  Defendant. | Case No. 25-cv-03344-SI<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE TO STATE COURT**<br><br>Re: Dkt. Nos. 2, 5, 6, 9 |

On April 16, 2025, defendant Shavon Butler removed this action from Alameda County Superior Court. Dkt. No. 1. On April 17, 2025, Magistrate Judge Laurel Beeler issued a Report and Recommendation in this action, advising remand to state court. Dkt. No. 9. Judge Beeler noted that the only claim in the complaint, an unlawful detainer claim, does not arise under federal law. *Id.* Judge Beeler also found no diversity jurisdiction and noted that all parties are residents of California, and the complaint alleges less than the $75,000 amount in controversy required. *Id.* Defendant had 14 days from service of the Report and Recommendation to serve and file any objections. Fed. R. Civ. P. 72; *see also* Fed. R. Civ. P. 6(d) (extending deadline by 3 days when a party is served by mail). Defendant filed an objection on April 22, 2025 and requested a change of venue to the Oakland courthouse. Dkt. No. 11. Defendant attempts to establish that the amount in controversy is more than $75,000, but has not attempted to argue that the parties are citizens of different states as required for diversity jurisdiction. *Id.* As such, the amount in controversy is inconsequential.

The Court has independently reviewed the filings in this case. The Court agrees with Judge Beeler's analysis that federal subject matter jurisdiction is lacking. A defendant "may not remove a case to federal court unless the *plaintiff*'s complaint establishes that the case 'arises under' federal

law." *See Franchise Tax Bd. of State of Cal. v. Constr. Laborers Vacation Tr. for S. California*, 463 U.S. 1, 9-11 (1983) (emphasis in original).  Here, the original complaint was for unlawful detainer, a state law cause of action that does not implicate federal subject matter jurisdiction.  Dkt. No. 1 at 2.

Accordingly, the Court ADOPTS the Report and Recommendation at Docket Number 9 in full.  This case is REMANDED to Alameda County Superior Court.

Defendant's application for leave to proceed in forma pauperis is dismissed as moot.  *See* Dkt. No. 2.  No filing fee is due.

**IT IS SO ORDERED**.

Dated: May 6, 2025

SUSAN ILLSTON
United States District Judge