UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OAK TREE PROPERTY GROUP,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAVON BUTLER,<br><br>    Defendant. | Case No. 25-cv-03344-SI<br><br>**ORDER DENYING DEFENDANT'S REQUEST FOR RECONSIDERATION**<br><br>Re: Dkt. No. 18 |

On May 6, 2025, the Court remanded this unlawful detainer case to state court. Dkt. No. 16. The same day, the Court also remanded a nearly identical case involving the same parties and same tenancy, Case No. 3:25-cv-03528-SI. Defendant has filed a request that the Court reconsider its remand order in both cases. Dkt. No. 18. The Court interprets defendant's filing as a request for leave to move for reconsideration, pursuant to Civil Local Rule 7-9. The request is DENIED.

As previously explained, a federal court has removal jurisdiction only when the original complaint involves a federal question or there is complete diversity of citizenship among the parties. The removed complaint in both cases here was a complaint of unlawful detainer, a claim based solely in state law. Thus, the Court lacks subject matter jurisdiction. There are also no allegations of complete diversity of citizenship in this case, so the Court must remand. To the extent that defendant is involved in federal criminal cases as her notice suggests, that does not serve as a basis for keeping these civil cases in federal court.

**IT IS SO ORDERED**.

Dated: May 20, 2025

_____
SUSAN ILLSTON
United States District Judge